IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Damien Shontell Hewlett
V.                                  Case No. 22-CV-1376
Jason Hill, Zachary Lange

PLAINTIFF'S EXHIBIT LIST

1. Exhibit #1 is 10-pages total and are the Administrative Remedies that Plaintiff exhausted before the filing of this lawsuit and consists of: a DOC-400 Inmate Complaint, DOC-400B Inmate Complaint/Appeal (Continued), DOC-410 Ice Reciept, two DOC-401 ICE Report, DOC-403 Reviewing Authority's Decision, DOC-405 Inmate Complaint Appeal, DOC-405A CCE Reciept, DOC-404 CCE Report, DOC-403 Office Of Secretary Decision.

2. Exhibit #2 is 6-Pages total, and is the Wisconsin Division of Adult Institution's - Policy And Procedures - DAI Policy #500.70.25 - Suicide Prevention in Adult Correctional Facilities.

3. Exhibit #3 is 11-Pages total, and are the incident reports relevant to this lawsuit, and consist of the following incident reports:
IR#00531105 by Correctional Officer Dustin-Bittner, IR#00531101 by Correctional Officer

John Reynolds, IR#00531110 by Correctional Sergeant Justin Thomsen, IR#00531106 by Supervising Officer 1 - Scott Kinnard.

4. Exhibit #4 is 4-Pages, and is the Wisconsin Division of Adult Institution's-Policy And Procedures - DAI Policy #306.00.01 - Electronic Monitoring Surveillance.

5. Exhibit #5 is 4-Pages, and is the Wisconsin Department of Correction's Executive Directive #43 - Work Rules. Which apply to Defendants.

6. Exhibit #6 is 2-Pages, and is a DOC-3035 Health Service Request from the Plaintiffs medical record.

7. Exhibit #7 is 3-Page's, and is a Declaration from a Arsenio Akins of which is highly relevant to subject of this lawsuit.

8. Exhibit #8 is 7-Pages, and consists of 6-Pages of Progress notes, and a DOC-3035 Health Service Request from Plaintiffs medical record, and are relevent to this lawsuit as factual evidence of Plaintiffs sustained injuries.

3

9. Exhibit #9 is 4-Page's, and are Psychological Observation/Restraints/Seg. Reviews from Plaintiff's record's that are relevant to this subject of this lawsuit.

10. Exhibit #10 is 10-Page's long and are the Interrogatory Question responses of both Defendant Zachary Lange, and Defendant Jason Hill as well.

11. Exhibit #11 is 2-page's, and is the case of Grant v. Meisner 2014 WL 713136 of which Plaintiff used to build his defense in this matter

12. Exhibit #12 is 6-Page's, and is the case of Knight v. Lange 2022 WL 16715977 of which Plaintiff had used points to build his defense in this matter.

13. Exhibit #13 is 4-Page's, and is the incident report #0124671 that Psychologist Dr. Brooke A. Lewis had submitted and is relavent to this complaint.

14. Exhibit #14 is 1-Page, and is the emergency call log for W.C.I - R.H.U on date of 9-19-22.

15. Exhibit #15 is 6-Page's, and is the Declaration

4

of De'Angelo D. Carter of whom has first hand knowledge of the allegations within this complaint.

16. Exhibit #16 is 5-Pages, and is the Declaration of Zachary Lange.

17. Exhibit #17 is 4-Pages, and is the declaration of Defendant Jason Hill.

18. Exhibit #18 is 10-Pages, and are from Plaintiff's Psychiatric med-record about medications he's been placed on.

19. Exhibit #19 is 10-Pages, and are DOC-3035B Psychological Service Request from Plaintiffs PSU file.

20. Exhibit #20 is 8-pages, and are the work sheets for anxiety and nightmares PSU gave Plaintiff.