UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Damien Shontell Hewlett
V.                                    Case No. 22-CV-1376
Jason Hill, and Zachary Lange

"MOTION FOR DEFENDANT'S TO PRODUCE DISCOVERY"

I, Damien Shontell Hewlett, hereby respectfully ask the court for an order that would force the Defendant's, and their counsel, to Produce and answer the Interrogatory Question #10 for the Defendant Zachary Lange, and the Interrogatory Question #19 for the Defendant Jason Hill based upon the following reasons:

1. I the Plaintiff asked Defendant Zachary Lange the interrogatory question #10 - Have you ever been under investigation, or been accused of ignoring self harm before while being employed by the D.O.C in Wisconsin? This is relevant as for character witness evidence for Plaintiff in building his defense.

2. Defendant Zachary Lange had said in his response

to Interrogatory Question #10, "verbatim", "If the case is not dismissed on summary judgement, Defendant will revisit this request."

3. Defendant Zachary Lange had signed those Interrogatory Question's under oath pursuant to 28 U.S.C. § 1746 on date July 21, 2023.

4. I, the Plaintiff, had asked the Defendant Jason Hill the Interrogatory Question #19 - "Have you been under investigation for any act's of assualt, excessive force, or ignoring suicidal inmate's while employed by the D.O.C in Wisconsin?"

5. Defendant Jason Hill, within his response to the Interrogatory Question #19, had said "verbatim", "If this case is not dismissed on Summary Judgement, Defendant will revisit this request."

6. Defendant Jason Hill had signed those interrogatory question's under oath pursuant to 28 U.S.C. § 1746 on date July 24, 2023.

7. This case was "NOT" dismissed by you when these Defendant's moved for Summary judgement

within Your Court Honorable Griesbach.

8. So i've "attempted" already to resolve these discovery demands, when I had initially requested these interrogatories from said Defendant's and their counsel.

I, Damien Shontell Hewlett, hereby declare, Pursuant 28 U.S.C. § 1746, under penalty of perjury that the aforementioned statements are true and correct.

Respectfully Submitted By, Damien S. Hewlett
Date Of: April 20, 2024