**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

**WISCONSIN**

**INTERVIEW/INFORMATION REQUEST**
*SOLICITUD PARA INFORMACION / ENTREVISTA*

"C.C."

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME *NOMBRE DEL/LA OFENSOR(A)*: Damien Hewlett | DOC NUMBER *NUMERO DEL/LA OFENSOR(A)*: 559455 | LIVING UNIT *UNIDAD DE VIVIENDA*: SCH-F-8 |
| DATE *FECHA*: 5-15-2024 | WORK ASSIGNMENT *ASIGNACION DE TRABAJO*: IN | MAY 16 2024 |

[ ] Interview *Entrevista*   [X] Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

Please E-file this letter to the USDC-ED-WI for case No. 22-CV-1376 - Hewlett v. Hill. Thank you, it's appreciated.

---

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

[ ] You Will Be Interviewed   Date: _____   Time: _____
   *Usted sera entrevistado*   *Fecha:*   *Hora:*
[ ] Information to Follow
   *Informacion Sera Proveida*
[ ] Request Referred To: _____
   *Solicitud Refereida A:*

Information/Comment: _____
*Informacion/Comentario:*

_____   _____
Signed *Firmado*              Department *Departamento*

IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Hewlett
V.                          Case No. 22-CV-1376
Hill et. al.

"LETTER TO THE HONORABLE GRIESBACH"

Your Honor,
Today I had two different correctional officer's tell me that one of the Defendant's Zachary Lange has been supposedly "walked out" of W.C.I! And of course I don't know if he's on paid leave pending investigation, or fired flat out from D.O.C employment. But if it comes out that he's been fired from D.O.C entirely, can the D.O.J still represent him, or would he have to pay his own legal bill's? Because if he don't work for D.O.C for whatever misconduct, than I don't think it appropriate that tax payer's dollar's pay for a defense of someone whose no longer a D.O.C employee and not entitled to it. That would just be promoting misconduct by D.O.C- Staff. Please get back to me on this your Honor. Thank you for your time.    Damien Shontell Hewlett
                                            5-15-2024