UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAMIEN S. HEWLETT,

    Plaintiff,

v.

    Case No.: 22-cv-1376

JASON HILL and ZACHARY LANGE,

    Defendants.

**DECLARATION OF KIMBERLEY CY. MOTLEY IN SUPPORT OF
PLAINTIFF'S AMENDED MOTION IN LIMINE – NUMBER 19 (Dkt. #87)**

Pursuant to 28 U.S.C.§ 1746, the undersigned, Kimberley Cy. Motley., makes the following statements under penalty of perjury under the laws of the United States.

1. I am an attorney duly licensed to practice law in the State of Wisconsin and before this Court.

2. I represent Plaintiff in the above-captioned case.

3. This Declaration is made in support of statements and representations made in Plaintiffs' Expedited Motion to Compel Discovery.

4. Attached hereto and incorporated herein as **Exhibit A** is Bates DOC0103 provided by Defendants.

5. Attached hereto and incorporated herein as **Exhibit B** is Bates DOC0098 provided by Defendants.

6. Attached hereto and incorporated herein as **Exhibit C** is an email sent on September 11, 2024, from Attorney Kimberley Cy. Motley to DOJ Attorney Sarah Huck.

7. Attached hereto and incorporated herein as **Exhibit D** is an email sent on

1
Case 1:22-cv-01376-WCG   Filed 09/24/24   Page 1 of 2   Document 88

September 18, 2024, from Attorney Kimberley Cy. Motley to DOJ Attorney Sarah Huck.

8. Attached hereto and incorporated herein as **Exhibit E** is an email sent on September 24, 2024, from Attorney Kimberley Cy. Motley to DOJ Attorney Sarah Huck.

9. Attached hereto and incorporated herein as **Exhibit F** is letter sent on September 18, 2024, to Attorney Kimberley Cy. Motley from DOJ Attorney Sarah Huck by email.

Executed this 24th day of September 2024.

/s/*Kimberley Cy. Motley*
Kimberley Cy. Motley