| | |
|---|---|
| IRTR161 - 12 | WISCONSIN |
| DEPARTMENT OF CORRECTIONS | ADMINISTRATIVE CODE |
| DOC-2466 (Rev. 12/2008) WICS | Chapter DOC 306 |

# INCIDENT REPORT

IR NUMBER: 00531116

INCIDENT DATE: 09/19/2022   APPROXIMATE: No   INCIDENT TIME: 09:00:00   APPROXIMATE: Yes
INSTITUTION/REGION: Waupun Correctional Institution
LOCATION OF INCIDENT: Waupun Correctional Institution, Seg
EXACT LOCATION OF INCIDENT:
   None
STAFF MEMBER COMPLETING REPORT: HILL, JASON J
JOB TITLE: CORR OFFICER
OVERALL IR STATUS: Finalized

INCIDENT TYPE: Informational
INCIDENT RESULTS/ACTIONS:

EMPLOYEE ON DUTY: Yes
REPORTED TO LAW ENFORCEMENT: Unknown

## STAFF INVOLVED

| STAFF NAME | JOB TITLE | INVOLVEMENT TYPE |
|---|---|---|
| HILL, JASON J | CORR OFFICER | Principal |

## OFFENDERS INVOLVED

| OFFENDER NAME | DOC # | INVOLVEMENT TYPE |
|---|---|---|
| HENRY, MARCUS M | 280702 | Principal |
| HEWLETT, DAMIEN S | 559455 | Principal |
| MILTON, TYLER L | 596157 | Principal |
| ODOM, RICKEY Jr | 189125 | Principal |

## OTHER PERSONS INVOLVED

| PERSON'S NAME | INVOLVEMENT TYPE |
|---|---|
| NONE | |

DESCRIPTION OF INCIDENT:
on the above date and time I officer Hill was working my assigned post as the 1st shift seg 4 officer, When I was performing my duties and conducting rounds on lower A-range and talking to Inmate Milton,Tyler #596157 who resides in cell A-113, during our conversation I over heard Inmate Odom, Rickey #189125 who resides in A-111, yelling out of his cell door to Inmate Henry, Marcus #280702 who resides in A-106, about trying to coming up with a plan to get me removed from my assigned job and fired i then heard an unknown inmate yell from down range that they have an idea and stated that I physically assulted him and attempted to kill him the above inmates excluding inmate Milton stated they will discus a plan later. Let it be known my BWC 1-RHU4 was activate the entire time I was on range, Captain. Rymarkiewicz was notified EOR

## PHOTOS/SCANNED DOCUMENTS ATTACHED

| PHOTO DOCUMENT TYPE | PAGE # | IMAGE |
|---|---|---|