**DESCRIPTION OF INCIDENT:**

On September 19, 2022 at approximately 2345 I Sgt Thomsen was working my assigned post as RHU Sgt when having to perform an emergency cell entry on Hewlett, Damien S. DOC #559455 in cell B217. I/M Hewlett appeared to be sitting on the ground in front of his door as we trap checked him since his window was covered and there was no response. There was a white object wrapped around his neck it appeared to be a sheet. COII Reynolds and Captain Kinnard monitored I/M Hewlett as myself, COII Marwitz, and COII Bittner grabbed ERU helmets with face shields and ASB pads. Once back to the cell front Captain Kinnard and COII Reynolds had gotten I/M Hewlett to comply to place restrains on but the sheet around his neck became so tight and knotted around I/M Hewletts throat he was unable to remove it himself. B217 was called open and I gained head control of Hewlett placing my left hand over his eyes and forehead and placing my thumb on his chin under his bottom lip tipping his head back as COII Bittner restrained the left arm and COII Marwitz restrained the right bicep. I/M Hewlett was beginning to lose consciousness as COII Reynolds cautiously but hastily cut the sheet from I/M Hewletts neck. I/M Hewlett was placed in a wheel chair where leg restraints were placed on by COII Reynolds. I/M Hewlett was escorted to the RHU HSU room where RN York began her health assessment. Captain Kinnard took photographs of lacerations on neck head and also right forearm where I/M Hewlett admitted to trying to cut himself prior to hanging himself. I/M Hewlett was then taken to the strip cell and given a kilt as the on-call PSU doctor directed. I/M Hewlett was stripped out and escorted to B231 placed in observation status at 0000. No further incident to report. EOR.

**PHOTOS/SCANNED DOCUMENTS ATTACHED**

| PHOTO DOCUMENT TYPE | PAGE # | IMAGE |
|---|---|---|
| NONE | | |

| J. THOMSEN 0125082 | 09/20/2022 |
|---|---|
| AUTHOR SIGNATURE | DATE |