

**MADISON BEDDER**
madison@cade-law.com

August 6, 2024

**VIA ELECTRONIC FILING**
Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

    **Re:** *Manuel Antonio Herrera Hernandez v. Theresa Lee, et al.*,
            Seventh Circuit Case No. 23-2497

Dear Clerk:

    I am counsel for Appellant, Manuel Antonio Herrera Hernandez. The above-captioned appeal is before the Court. Please accept this letter on behalf of Appellant for dates when counsel is unavailable for oral argument in the above-captioned case:

    September 2024 Session:

- September 4-6
- September 10-13
- September 16-19
- October 25
- October 28-30
- November 5-8
- November 19
- December 3-4
- December 9



**MADISON BEDDER**
madison@cade-law.com

January 2025 Session:

- January 24

April 2025 Session:

- April 7-11
- April 14-16
- April 22-23
- July 8

Respectfully,

**CADE LAW GROUP, LLC**

*Madison Bedder*
Madison Bedder

cc: All Counsel of Record (via ECF system)